IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No.   14-po-07009-KMT

**UNITED STATES OF AMERICA**
   **Plaintiff,**

v. Derek Kopunec

_____
        Defendant,
_____

STIPULATION FOR ENTRY OF DEFERRAL OF PROSECUTION
_____

1. The Government will not prosecute this case for __24__ months, i.e. until _Feb. 4_ _____, 2017_____. If the Defendant has complied with these terms, the case will then be dismissed and the Defendant will not need to appear in court. Failure to comply will result in the Government filing a written motion reinstating charges.

2. The Defendant understands that pursuant to 18 U.S.C. 3161 and 3164, he has a right to the speedy filing of an information and trial. The defendant further understands that if the Court accepts this stipulation for deferral of prosecution that the aforementioned deadlines will not apply as 18 U.S.C. 3161(h)(2) excludes from such computations A[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct.

3. The Defendant will not violate another federal, state, or local law, excluding minor traffic infractions.

4. The Defendant will complete the following through:_____
_____:
   _____Domestic Violence Awareness        _____Anger Control Group
   _____Parenting Class                     _____The Nurturing Program
   _____Prevention & Relationship           _____Petty Theft Class
                Enhancement Program

5. The Defendant will perform _____ hours of community service-contact: _____

6. Other: _The defendant will pay $1,250 in restitution to the Bureau of Land Management ("BLM") within the next two years. The defendant will not physically enter land managed and/or administered by the BLM during the pendency of this deferred prosecution._

7. The Defendant will send to the following address proof of compliance with these terms and notice of any change of address or telephone number: United States Attorney's Office, 1225 Seventeenth Street, Suite 700, Denver, CO 80202; Attn: Rebecca Weber

Dated: 2-4-2015

_____
Assistant United States Attorney

_____
Defendant's Signature

Address: PO BOX 1387, Fairplay, Co. 80440

Telephone Number: 303-667-0245

## ORDER:

This deferral of prosecution is hereby accepted by the Court. The Court further finds that pursuant to 18 U.S.C. 3161(h)(2) that the period of delay outlined in this stipulation is excluded in computing the time within which an information must be filed or in computing the time within which the trail of an offense relating to this matter must commence.

_____
United States Magistrate Judge

Dated: 2-4-15